**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number 14-24897-CMB |
| | : | |
| William D. Wright and | : | Chapter 13 |
| Wendy S. Wright, | : | |
|     Debtors | : | |
| | : | |
| William D. Wright and | : | |
| Wendy S. Wright, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 13, 2020 at docket number 75 and 76 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | | |
|---|---|---|
| Dated: April 28, 2020 | By: | /s/ Lawrence Willis |
| | | Lawrence W Willis, Esquire |
| | | PA I.D. # 85299 |
| | | Willis & Associates |
| | | 201 Penn Center Blvd |
| | | Pittsburgh, PA 15235 |
| | | Tel: 412.235.1721 |
| | | Fax: 412.542.1704 |
| | | Email: lawrencew@urfreshstrt.com |
| | | Attorney for Debtors |

**PAWB Local Form 24 (07/13)**