Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William D Wright
Wendy S Wright**
Debtor(s)

Bankruptcy Case No.: 14−24897−CMB

Chapter: 13
Docket No.: 89 − 87

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/15/20 at 10:00 AM in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/20.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24897-CMB
William D Wright                                                    Chapter 13
Wendy S Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2           Date Rcvd: Apr 28, 2020
                              Form ID: 408            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db             #+William D Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
jdb             +Wendy S Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr             +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970461       +Arbitration Center,    414 Grant Street Courtroom 2 7th Floor,    Pittsburgh, PA 15219-2409
13970462       +Bank of America,    1800 Tapo Canyon Rd,    Mail Stop SV-103,    Simi Valley, CA 93063-6712
13970463       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14784181        Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970465       +GMFNANCIAL,    PO Box 181145,    Arlington, TX 76096-1145
14025296       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:   GREEN TREE SERVICING LLC,    P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
15182441        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14000715       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970468       +Robert Polas Esq,    120 Corporate Blvd,    Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13974622        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00
                 Americredit Financial Services. Inc.,    PO Box 183853,    Arlington TX 76096
13977013       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00
                 Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
13970464       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:07       COMENITY BANK/WOMNWTHN,
                 PO Box 182789,    Columbus, OH 43218-2789
13970466        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:33:17      Green Tree,
                 332 MINNESOTA ST STE  610,    Saint Paul, MN 55101
14030240        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:34:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13973500        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2020 03:22:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, Pa 17128-0946
13970467       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:32:36
                 Porfolio Recovery Assocaites,    120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13970469       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:32:22       Syncb/PAYPAL EXTRAS MC,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing LLC
cr*            +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2              User: gamr              Page 2 of 2              Date Rcvd: Apr 28, 2020
                                  Form ID: 408            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Lawrence W. Willis    on behalf of Debtor William D Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor Wendy S Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                         TOTAL: 8
```