**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM D WRIGHT
WENDY S WRIGHT
        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
     vs.
No Respondents.

Case No.:14-24897

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/17/2014 and confirmed on 6/26/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,593.08 |
| Less Refunds to Debtor | 3,300.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 93,292.45 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,275.00 | |
| Trustee Fee | 3,875.22 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,150.22 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 60,457.35 | 0.00 | 60,457.35 |
| Acct: 3537 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 1,788.87 | 1,788.87 | 0.00 | 1,788.87 |
| Acct: 3537 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 16,682.13 | 16,682.13 | 1,972.49 | 18,654.62 |
| Acct: 2920 | | | | |
| | | | | 80,900.84 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM D WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM D WRIGHT | 1,524.00 | 1,524.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM D WRIGHT | 1,776.63 | 1,776.63 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,775.00 | 2,775.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-19 | | | | |
| PA DEPARTMENT OF REVENUE* | 290.85 | 290.85 | 0.00 | 290.85 |
| Acct: 0746 | | | | |
| | | | | 290.85 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 447.31 | 447.31 | 0.00 | 447.31 |
| Acct: 3549 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,433.98 | 2,433.98 | 0.00 | 2,433.98 |
| Acct: 8699 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0976 | | | | |
| PA DEPARTMENT OF REVENUE* | 69.25 | 69.25 | 0.00 | 69.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 0746 | | | | |
|   BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 2,950.54 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 84,142.23 |

| TOTAL | |
|---|---:|
| CLAIMED | 290.85 |
| PRIORITY | 18,471.00 |
| SECURED | 2,950.54 |

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM D WRIGHT
    WENDY S WRIGHT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-24897

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-24897-CMB
William D Wright                                                    Chapter 13
Wendy S Wright
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 2           Date Rcvd: Apr 28, 2020
                              Form ID: pdf900         Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db             #+William D Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
jdb             +Wendy S Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Kohl’s,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr             +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott’s Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970461       +Arbitration Center,    414 Grant Street Courtroom 2 7th Floor,    Pittsburgh, PA 15219-2409
13970462       +Bank of America,    1800 Tapo Canyon Rd,    Mail Stop SV-103,    Simi Valley, CA 93063-6712
13970463       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14784181        Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970465       +GMFNANCIAL,    PO Box 181145,    Arlington, TX 76096-1145
14025296      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:   GREEN TREE SERVICING LLC,    P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
15182441        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14000715       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970468       +Robert Polas Esq,    120 Corporate Blvd,    Norfolk, VA 23502-4952
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13974622        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00
                 Americredit Financial Services. Inc.,    PO Box 183853,    Arlington TX 76096
13977013       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 29 2020 03:22:00
                 Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
13970464       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 03:22:05     COMENITY BANK/WOMNWTHN,
                 PO Box 182789,    Columbus, OH 43218-2789
13970466        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:33:14     Green Tree,
                 332 MINNESOTA ST STE  610,    Saint Paul, MN 55101
14030240        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:34:38
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13973500        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2020 03:22:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, Pa 17128-0946
13970467       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 03:33:34
                 Porfolio Recovery Assocaites,    120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13970469       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 03:34:17     Syncb/PAYPAL EXTRAS MC,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing LLC
cr*            +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2              User: gamr                    Page 2 of 2                   Date Rcvd: Apr 28, 2020
                                  Form ID: pdf900               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Lawrence W. Willis    on behalf of Debtor William D Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor Wendy S Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                TOTAL: 8
```