**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William D Wright** | Social Security number or ITIN  xxx–xx–0746 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Wendy S Wright** | Social Security number or ITIN  xxx–xx–3561 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–24897–CMB**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William D Wright                                Wendy S Wright

<u>6/22/20</u>                                        **By the court:**    <u>Carlota M. Bohm</u>
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 14-24897-CMB
William D Wright                                                    Chapter 13
Wendy S Wright
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam                Page 1 of 2                  Date Rcvd: Jun 22, 2020
                              Form ID: 3180W            Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             #+William D Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
jdb             +Wendy S Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
cr              DITECH FINANCIAL LLC,     P.O. Box 6154,    Rapid City, SD 57709-6154
cr             +DITECH FINANCIAL LLC,     P. O. Box 9013,    Addison, TX 75001-9013
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 9013,    Addison, TX 75001-9013
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970461       +Arbitration Center,    414 Grant Street Courtroom 2 7th Floor,    Pittsburgh, PA 15219-2409
13970463       +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
14784181        Ditech Financial LLC fka Green Tree Servicing,     LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970465       +GMFNANCIAL,   PO Box 181145,    Arlington, TX 76096-1145
14025296      ++GREENTREE SERVICING LLC,     BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: GREEN TREE SERVICING LLC,     P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
15182441        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14000715       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970468       +Robert Polas Esq,   120 Corporate Blvd,     Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 03:57:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              EDI: BL-BECKET.COM Jun 23 2020 07:33:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA  19355-0701
13974622        EDI: PHINAMERI.COM Jun 23 2020 07:33:00      Americredit Financial Services. Inc.,
                 PO Box 183853,    Arlington TX 76096
13977013       +EDI: PHINAMERI.COM Jun 23 2020 07:33:00      Americredit Financial Services Inc. dba GM Financ.,
                 P O Box 183853,    Arlington, TX 76096-3853
13970462       +EDI: BANKAMER.COM Jun 23 2020 07:33:00      Bank of America,    1800 Tapo Canyon Rd,
                 Mail Stop SV-103,    Simi Valley, CA 93063-6712
13970464       +EDI: WFNNB.COM Jun 23 2020 07:33:00      COMENITY BANK/WOMNWTHN,    PO Box 182789,
                 Columbus, OH 43218-2789
13970466        EDI: RMSC.COM Jun 23 2020 07:33:00      Green Tree,    332 MINNESOTA ST STE  610,
                 Saint Paul, MN 55101
14030240        EDI: PRA.COM Jun 23 2020 07:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13973500        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 03:57:05      Pennsylvania Department of Revenue,
                 Bankruptcy Division PO BOX 280946,    Harrisburg, Pa 17128-0946
13970467       +EDI: PRA.COM Jun 23 2020 07:33:00      Porfolio Recovery Assocaites,
                 120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13970469       +EDI: RMSC.COM Jun 23 2020 07:33:00      Syncb/PAYPAL EXTRAS MC,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing LLC
cr*            +Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
                                                                                        TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2               User: dkam                Page 2 of 2                  Date Rcvd: Jun 22, 2020
                                   Form ID: 3180W            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Lawrence W. Willis    on behalf of Debtor William D Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor Wendy S Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```