# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WILLIAM D WRIGHT<br>WENDY S WRIGHT<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-24897<br><br>Chapter 13<br><br>Related to: Document NO. 87<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __22nd__ day of __June__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/22/20 7:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 14-24897-CMB
William D Wright                                                        Chapter 13
Wendy S Wright
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                  Page 1 of 2                  Date Rcvd: Jun 22, 2020
                               Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             #+William D Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
jdb             +Wendy S Wright,    405 Cottage Lane,    Monroeville, PA 15146-1003
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr              Kohl’s,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA  19355-0701
cr             +New Residential Mortgage LLC,    RAS Crane, LLC,    10700 Abbott’s Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970461       +Arbitration Center,    414 Grant Street Courtroom 2 7th Floor,    Pittsburgh, PA 15219-2409
13970462       +Bank of America,    1800 Tapo Canyon Rd,    Mail Stop SV-103,    Simi Valley, CA 93063-6712
13970463       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14784181        Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13970465       +GMFNANCIAL,    PO Box 181145,    Arlington, TX 76096-1145
14025296      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:   GREEN TREE SERVICING LLC,    P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
15182441        New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
14000715       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13970468       +Robert Polas Esq,    120 Corporate Blvd,    Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13974622        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 23 2020 03:56:43
                 Americredit Financial Services. Inc.,    PO Box 183853,    Arlington TX 76096
13977013       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 23 2020 03:56:43
                 Americredit Financial Services Inc. dba GM Financ.,     P O Box 183853,
                 Arlington, TX 76096-3853
13970464       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2020 03:56:53      COMENITY BANK/WOMNWTHN,
                 PO Box 182789,    Columbus, OH 43218-2789
13970466        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:08      Green Tree,
                 332 MINNESOTA ST STE  610,    Saint Paul, MN 55101
14030240        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:06:24
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13973500        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 03:57:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, Pa 17128-0946
13970467       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:05:50
                 Porfolio Recovery Assocaites,    120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
13970469       +E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2020 04:06:07      Syncb/PAYPAL EXTRAS MC,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing LLC
cr*            +Americredit Financial Services Inc. dba GM Financ.,     P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
                                                                                        TOTALS: 1, * 2, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2           User: dkam               Page 2 of 2                  Date Rcvd: Jun 22, 2020
                               Form ID: pdf900          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Green Tree Servicing LLC pawb@fedphe.com
              Lawrence W. Willis    on behalf of Debtor William D Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Joint Debtor Wendy S Wright ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```